**CERTIFICATE TO BE FILED WITH NOTICE OF APPEAL TO THE COURT OF APPEALS**

**APPELLATE NO.**
**12-15-00166-CR**

FILED IN
12th COURT OF APPEALS
TYLER, TEXAS
7/13/2015 10:38:55 AM
CATHY S. LUSK
Clerk

**TRIAL COURT NO. 2014-0496**

| | |
|---|---|
| **STATE OF TEXAS** | **217TH JUDICAL DISTRICT COURT** |
| **VS.** | **COURT OF** |
| **SAMUEL LANCASTER** | **ANGELINA COUNTY, TEXAS** |

**The records of my office reflect the following information in this case:**

CASE TYPE:          EVADING ARREST DET W/PREV CONVICTION OR SBI AND POSS MARIJ.

JUDGMENT OF APPEALABLE ORDER SIGNED:   05/15/2015

MOTION FOR NEW TRIAL FILED:

NOTICE OF APPEAL FILED:   06/10/2015

REQUEST FOR FINDINGS OF FACT:

DATE REQUEST FOR REPORTER'S RECORD FILED:

PRESIDING TRIAL COURT JUDGE:   HON. ROBERT K. INSELMANN, JR.

TRIAL COURT REPORTER(S):   TERRI L. DAVIS

WAS APPELLANT DELCARED INDIGENT?   √YES      NO

APPELLANT'S COUNSEL IS:   √Retained      Appointed   Pro se

 APPELLANT'S ATTORNEY:  PRO-SE

                 ADDRESS:  P.O. BOX 114
                               LUFKIN, TX 75901

         TELEPHONE:               FAX:


  *APPELLEE'S ATTORNEY:      **APRIL AYERS PEREZ**

               ADDRESS:      **P.O. BOX 908**
                                   **LUFKIN, TX 75902**

         TELEPHONE:      **936-632-5090**      FAX:


   STATE BAR CARD NO.:      **24090975**

**DATED THIS 13TH DAY OF JULY, 2015.**

 **Reba D. Squyres**
**Angelina County, District Clerk**
**/S/Robin J. Crain, Deputy Clerk**

**(Complete in duplicate – Original to 12th Court of Appeals/Trial Court)**
**1517 W. Front St., Suite 354, Tyler, TX 75702**

**\*\*PLEASE ATTACH A FILE-MARKED COPY OF THE NOTICE OF APPEAL TO THIS FORM.**
**PLEASE BE SURE THAT ALL OF THE REQUESTED INFORMATION IN COMPLETE.**
**THANK YOU.**

## TRIAL COURT OFFICIAL'S
## REQUEST FOR EXTENSION OF TIME TO FILE RECORD
FAX to: Cathy S. Lusk, Clerk, 12th Court of Appeals, Tyler, at (903)593-2193

Court of Appeals No. (If known): **12 -15-00166-CR**

Trial Court Style: **STATE OF TEXAS VS. SAMUEL LANCASTER**

Trial Court & County: **217TH JUDICIAL DISTRICT COURT OF ANGELINA COUNTY, TX**

Trial Court No.: **2014-0496**

Date Trial Clerk's Record Originally Due: **July 14, 2015**

Date Court Reporter's/Recorder's Record Originally Due:

Anticipated Number of Pages of Record: **75**

I am responsible for preparing a record in this appeal but I am unable to file the record by the original due date for the following reason/s:     (Check all that apply - attach additional pages if necessary.)

     to the best of my knowledge, the Appellant has made no claim of indigence and has failed to either pay the required fee or to make arrangements to pay the fee for preparing the record.

     my duties listed below preclude working on this record

X    Other. (Explain.): **There is no attorney of record. Attorney being appointed on July 13, 2015 and will be filing more paperwork for appeal.**

I anticipate this record will be completed and forwarded to the 12th Court of Appeals by **July 28, 2015** in which to prepare it.  TEX. R. APP. P. 37.3.

In compliance with TEX. R. APP. P. 9.5(e), I certify that a copy of this notice has been served on counsel for all parties to the trial Court's judgment or order being appealed. I further certify by my signature below that the information contained in this notice is true and within my personal knowledge.

July 13, 2015
Date

936-634-4312
Office Phone Number

rcrain@angelinacounty.net
E-mail Address (if available)

/S/Robin J. Crain
Signature

Robin J. Crain
Printed Name

Deputy District Clerk
Official Title

3

The following parties have been served with a copy of this document:
(Information may be either printed or typed.)

Lead Counsel for **APPELLANT(S)**:

Lead Counsel for **APPELLEE(S)**:

Name: **SAMUEL LANCASTER**

Name: **APRIL AYERS-PEREZ**

Address: **P.O. BOX 114**

Address: **P.O. BOX 908**

      **LUFKIN, TX 75902**

      **LUFKIN, TX 75902**

Phone no.:

Phone no.:**936-632-5090**

Attorney for: **PRO-SE**

Attorney for: **STATE OF TEXAS**